UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20036-Moore

UNITED STATES OF AMERICA,

Plaintiff,

v.

Daniela Rendon

Defendant.

_____/

## NEBBIA STIPULATION AND ORDER

On 2/3/23, the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, set conditions of release for Defendant Daniela Rendon, which included a $150,000 10% PTD bond (corporate surety bond) (percentage bond), and imposed a Nebbia requirement.

The parties have agreed that the **funds** (funds and/or collateral) being used to satisfy the bond are from the following source(s) and are not illegally derived:

1. The collateral is _____
(provide address and owner of property, and relationship to defendant).

2. The **money being deposited into the registry of the court** (premium for the bond/money being deposited into the registry of the Court) is being paid by **Eliasb Reyes**, who is **the fiancé** (state relationship to defendant). The money was obtained from **Mr. Reyes's Bank of America Account # 0046 3153 3447 which is his bank account that he shares with his brother Alexander Reyes**
(source of funds—e.g. savings from employment withdrawn from the X Bank, home equity line of credit, etc.).

_Samuel J. Rabin, Jr._
Counsel for Defendant
Dated: 2/4/23

_JONATHAN BAILYN_
Counsel for Government
Dated: 2/5/23

## ORDER

Based upon the stipulation of the parties and the information contained therein, the Court finds that the _Nebbia_ condition has been satisfied, and that the bond to secure the release of the Defendant may be posted. DONE AND ORDERED on Feb. 6, 2023, in Miami, Florida.

_Alicia Otazo-Reyes_
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE