# MINUTE ORDER

Page 11

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 2/3/2023    Time: 2:00 p.m.

Defendant: DANIELA RENDON    J#: 07795-506    Case #: 23-CR-20036-MOORE
AUSA: Jonathan Bailyn    Attorney: TEMP-SAM RABIN
Violation: WIRE FRAUD/MONEY LAUNDERING    Surr/Arrest Date: 2/1/2023    YOB: 1991

Proceeding: Detention Hearing    CJA Appt:
Bond/PTD Held: ☑ Yes   ○ No    Recommended Bond:
Bond Set at: 150K 10% Nebbia    Co-signed by: Father

- [☑] Surrender and/or do not obtain passports/travel docs -3 + green card + childrens' passports    Language: English
- [☑] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [☑] Maintain or seek full-time employment/~~education~~
- [ ] No contact with victims/witnesses, except through counsel
- [☑] No firearms
- [ ] Not to encumber property
- [☑] May not visit transportation establishments — at PTS' discretion
- [☑] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by Deft
- [☑] Allowances: Medical needs, court appearances, attorney visits, religious, employment, other allowances at PTS' discretion
- [ ] Travel extended to:
- [☑] Other: not to work with access to personal information of others

Disposition:
*BRADY ORDER GIVEN
*2.9.23 ARR/RE COUNSEL HEARING

PTD hrg held
S/A Jose Hernandez sworn + testified
Court imposed bond

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:22:02, 14:55:30    Time in Court: 52

s/Alicia M. Otazo-Reyes    Magistrate Judge

* Flight certificate from fiance's aircraft to be surrendered to PTS