# REYES AVIATION

**From:** Daniela Rendon <daniela@danielarendon.com>
**To:** info@revenued.com
**Cc:** Esposito ♥ __ <eliasibreyes@gmail.com>
**Date:** Thu, 18 Feb 2021 17:21:59 -0500
**Attachments:** 1120.pdf (2.84 MB); Unnamed Attachment (4 bytes)

Hello
See attached tax forms for 2020 for my company Reyes aviation



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 23-CR-20036-KMM
EXHIBIT NO. PTD02

GSW-000058558
RENDON_PTD--20210218 172159

| Form | | U.S. Corporation Income Tax Return | | OMB No. 1545-0123 |
|---|---|---|---|---|
| **1120** | | For calendar year 2020 or tax year beginning _____, 2020, ending _____, 20 ___ | | |
| Department of the Treasury Internal Revenue Service | | ▶ Go to www.irs.gov/Form1120 for instructions and the latest information. | | **2020** |

| A Check if: | | Name | B Employer identification number |
|---|---|---|---|
| 1a Consolidated return (attach Form 851) ☐ | TYPE OR PRINT | REYES AVIATION | XX-XXX9088 |
| b Life/nonlife consolidated return ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions. | C Date incorporated |
| 2 Personal holding co. (attach Sch. PH) ☐ | | 1232 CHOPTANK RD | 01/01/2020 |
| 3 Personal service corp. (see instructions) ☐ | | City or town, state, or province, country and ZIP or foreign postal code | D Total assets (see instructions) |
| 4 Schedule M-3 attached ☐ | | MIDDLETOWN                    DE 19709-0000 | $ |
| | E Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change | | |

| | | | |
|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a |
| | b | Returns and allowances | 1b |
| | c | Balance. Subtract line 1b from line 1a | 1c |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 |
| | 4 | Dividends and inclusions (Schedule C, line 23) | 4 |
| | 5 | Interest | 5 |
| | 6 | Gross rents | 6 |
| | 7 | Gross royalties | 7 |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 |
| | 10 | Other income (see instructions—attach statement) | 10 |
| | 11 | **Total income.** Add lines 3 through 10 ▶ | 11 |
| **Deductions** (See instructions for limitations on deductions.) | 12 | Compensation of officers (see instructions—attach Form 1125-E) | 12 |
| | 13 | Salaries and wages (less employment credits) | 13 |
| | 14 | Repairs and maintenance | 14 |
| | 15 | Bad debts | 15 |
| | 16 | Rents | 16 |
| | 17 | Taxes and licenses | 17 |
| | 18 | Interest (see instructions) | 18 |
| | 19 | Charitable contributions | 19 |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 |
| | 21 | Depletion | 21 |
| | 22 | Advertising | 22 |
| | 23 | Pension, profit-sharing, etc., plans | 23 |
| | 24 | Employee benefit programs | 24 |
| | 25 | Reserved for future use | 25 |
| | 26 | Other deductions (attach statement) | 26 |
| | 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 |
| | 29a | Net operating loss deduction (see instructions) | 29a |
| | b | Special deductions (Schedule C, line 24) | 29b |
| | c | Add lines 29a and 29b | 29c |
| **Tax, Refundable Credits, and Payments** | 30 | Taxable income. Subtract line 29c from line 28. See instructions | 30 |
| | 31 | Total tax (Schedule J, Part I, line 11) | 31 |
| | 32 | 2020 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 |
| | 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | 34 |
| | 35 | Amount owed. If line 33 is smaller than the total of lines 31, 32 and 34, enter amount owed | 35 |
| | 36 | Overpayment. If line 33 is larger than the total of lines 31, 32 and 34, enter amount overpaid | 36 |
| | 37 | Enter amount from line 36 you want: Credited to 2021 estimated tax ▶    Refunded ▶ | 37 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| XXXXXXXXXXXXXX | 02/16/21 | ▶ P |
|---|---|---|
| Signature of officer | Date | Title |

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only** [redacted]

SPA   For Paperwork Reduction Act Notice, see separate instructions.

GSW-000058559

RENDON_PTD--20210218 172159-002

AVIATION
1120 (2020)

**Schedule C** Dividends, Inclusions, and Special Deductions (see instructions)

XX-XXX9088
Page 2

| | | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

SPA                                  1037 CPTS 0USBC2                                Form **1120** (2020)

GSW-000058560

RENDON_PTD--20210218 172159-003

AVIATION

Form 1120 (2020)   XX-XXX9088   Page **3**

## Schedule J — Tax Computation and Payment (see instructions)

### Part I—Tax Computation

| | | |
|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | |
| 2 | Income tax. See instructions | 2 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 |
| 4 | Add lines 2 and 3 | 4 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . 5a | |
| b | Credit from Form 8834 (see instructions) . . . . . 5b | |
| c | General business credit (attach Form 3800) . . . . 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) . 5d | |
| e | Bond credits from Form 8912 . . . . . . . . . 5e | |
| 6 | Total credits. Add lines 5a through 5e | 6 |
| 7 | Subtract line 6 from line 4 | 7 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 |
| 9a | Recapture of investment credit (attach Form 4255) . . 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) 9b | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . 9c | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) . . . . . . 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) 9e | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) 9f | |
| g | Other (see instructions—attach statement) . . . . . 9g | |
| 10 | Total. Add lines 9a through 9g | 10 |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 |

### Part II—Section 965 Payments (see instructions)

| | | |
|---|---|---|
| 12 | 2020 net 965 tax liability paid from Form 965-B, Part II, column (k), line 4. Enter here and on page 1, line 32 | 12 |

### Part III—Payments, Refundable Credits, and Section 965 Net Tax Liability

| | | |
|---|---|---|
| 13 | 2019 overpayment credited to 2020 | 13 |
| 14 | 2020 estimated tax payments | 14 |
| 15 | 2020 refund applied for on Form 4466 | 15 ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 |
| 17 | Tax deposited with Form 7004 | 17 |
| 18 | Withholding (see instructions) | 18 |
| 19 | Total payments. Add lines 16, 17, and 18 | 19 |
| 20 | Refundable credits from: | |
| a | Form 2439 . . . . . . . . . . . . . . . . 20a | |
| b | Form 4136 . . . . . . . . . . . . . . . . 20b | |
| c | Reserved for future use . . . . . . . . . . . 20c | |
| d | Other (attach statement—see instructions) . . . . . 20d | |
| 21 | Total credits. Add lines 20a through 20d | 21 |
| 22 | 2020 net 965 tax liability from Form 965-B, Part I, column (d), line 4. See instructions | 22 |
| 23 | Total payments, credits, and section 965 net tax liability. Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 |

SPA    1037 CPTS 0USBC3    Form **1120** (2020)

Copy

*** AVIATION*

Form 1120 (2020)                                                                                        XX-XXX9088   Page 4

## Schedule K — Other Information (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | Check accounting method: **a** [X] Cash  **b** [ ] Accrual  **c** [ ] Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 812990 | | |
| b | Business activity ▶ ALL OTHER PERSONAL SER | | |
| c | Product or service ▶ SERVICES | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? If "Yes," enter name and EIN of the parent corporation ▶ | | X |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | X |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |

| | | Yes | No |
|---|---|:---:|:---:|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |

| | | Yes | No |
|---|---|:---:|:---:|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316. If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | X |
| 7 | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: (a) Percentage owned ▶ _____ and (b) Owner's country ▶ _____ (c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ | | X |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ [ ] If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ▶ [ ] If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $ | | |

SPA                                          1037 CPTS 0USBC4                                 Form **1120** (2020)

GSW-000058562

RENDON_PTD--20210218 172159-005