## Fwd: SBA Application No. 3311057603 - Status Update

**From:** eliasibreyes@gmail.com
**To:** Daniela Reyes <daniela@danielarendon.com>
**Date:** Thu, 25 Feb 2021 09:31:17 -0500
**Attachments:** ServicingLetter.pdf (34.75 kB)

Sent from my iPhone

Begin forwarded message:

> From: disastercustomerservice@sba.gov
> Date: February 25, 2021 at 6:18:40 AM EST
> To: eliasibreyes@gmail.com
> Subject: SBA Application No. 3311057603 - Status Update

SBA logo

Dear Borrower,

Please see the attached letter for information on the SBA office that will be servicing your loan and payment options.

In these unprecedented times, we understand the challenges you are facing. The SBA is making every effort to support small businesses, which are the backbone of the American economy. We appreciate the opportunity to be of service.

Questions? We're here to help. Call us at 1-800-659-2955 | TTY/TTD: 1-800-877-8339.

Office of Disaster Assistance
U.S. Small Business Administration
disastercustomerservice@sba.gov



GOVERNMENT EXHIBIT
AO386-C
CASE NO. 23-CR-20036-KMM
EXHIBIT NO. PTD03
GSW-000057163

RENDON_PTD--20210225 093117



**U.S. SMALL BUSINESS ADMINISTRATION**
Disaster Assistance
Processing and Disbursement Center
14925 Kingsport Road
Fort Worth, Texas 76155

800-659-2955
Hearing Impaired
800-877-8339

February 25, 2021

Eliasib Reyes

Eliasib Reyes



RE:  SBA Disaster Application No. 3311057603
     SBA Disaster Loan No. 5075328109

Dear Eliasib Reyes,

The purpose of this letter is to inform you that your file has been transferred to an SBA Loan Servicing Center. Any future communications with the U.S. Small Business Administration regarding this loan should be directed to:

> U.S. Small Business Administration
> SBA Disaster Loan Service Center
> 2 North 20th Street Suite 320
> Birmingham, AL 35203
> United States
> Phone: 800-736-6048
> Fax: 202-481-0292

To make your monthly loan installment payment, use one of the following payment options:

1. Electronic - Go to www.pay.gov and complete the Small Business Administration 1201 Borrower Payment form. Logging in to Pay.gov as a registered user is optional. Logging in as a registered user grants you access to the following features: view history of completed and pending payments initiated in Pay.gov, cancel payments in pending status, submit a change of address to where your 1201 billing statement is mailed, and you can establish a recurring payment.

2. Mail - Mail payments by check or money order to:

   SBA
   PO Box 3918
   Portland, OR 97208 - 3918

   Please make payable to SBA and remember to include your 10-digit loan number on the face of the check or money order.

If you have any questions on your loan, please contact SBA at above location.

Sincerely,

Accounts Processing Department