# Travel Visa Application: HAVE A SAFE TRIP!

| | |
|---|---|
| **From:** | Travel Visa Bahamas <no-reply@travel.gov.bs> |
| **To:** | daniela@danielarendon.com |
| **Date:** | Tue, 20 Apr 2021 22:13:32 -0400 |
| **Attachments:** | USINTAIR2010IB0145.pdf (1.78 MB) |



### DEAR Daniela I Rendon
NO ACTION IS REQUIRED. PLEASE SEE BELOW FOR MORE INFORMATION.

**HAVE A SAFE TRIP**

This is a friendly reminder ensuring you have your required travel documents and a copy of your Travel Health Visa. If you do not, please log in to your Travel Profile or click here. In your profile select your approved trip and your trip details will pop up, there will be a button to open Travel Health Visa PDF. Please remember to save, screen shot or print, as a copy of your Travel Health Visa will be required for travel and your Day-5 Rapid Antigen Test.



**MANDATORY PROTOCOLS**

Be sure to follow these COVID-19 protocols when traveling and roaming your is destination.



GOVERNMENT EXHIBIT
CASE NO. 23-CR-20036-KMM
EXHIBIT NO. PTD04

GSW-000053267

RENDON_PTD--20210420 221332



## DAILY HEALTH SURVEY

For the length of your stay or 14 days, travelers are required to complete a mandatory daily health survey sent as part of the terms and conditions you agreed to when requesting the Bahamas Travel Health Visa. You will receive an email with a survey link on Day 1(arrival date) and each subsequent day. Failure to meet this requirement will result in a fine.**

**STAYING MORE THAN 5 DAYS?**

Will you be staying in The Bahamas more than 5 days? Please be sure to schedule your Day-5 Test 48 hours prior to your test day. Failure to complete your Day-5 Test will result in a fine or disciplinary action.***

Visit travel.gov.bs for a list of partnering test centers.

Note: Your day of arrival is considered Day 1

**VIEW TEST CENTERS**

**DISCIPLINARY ACTION**

*Failure to wear a mask in public will result in a fine of $250 or a penalty of one month imprisonment, or both. This is enforced for both visitors, citizens and residents found not wearing face masks in areas where it is required.

**Travelers that do not fill out the Daily Health Survey will be fined $100 for each day the survey is not completed.

***For travelers staying longer than four nights and five days, as well as citizens and residents, failure to take a rapid antigen test on the 5th day will result in a $1,000 fine or one month imprisonment, or both.



BAHAMAS MINISTRY OF TOURISM & AVIATION
BAHAMAS MINISTRY OF HEALTH