### Re: SBA 7a Loan Request: Reyes Aviation, Inc. FL

**From:** Eliasib Reyes <reyesaviation@gmail.com>
**To:** Daniela Reyes <daniela@danielarendon.com>
**Date:** Wed, 18 May 2022 10:52:02 -0400

Hi Andrea
I just tried to call you to discuss my options regarding funding for my business, feel free to call me back at
Eliasib Reyes

Sent from my iPhone

> On May 17, 2022, at 1:08 PM, Eliasib Reyes <reyesaviation@gmail.com> wrote:
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: "Hall, Andrea" <ahall@mwregionalbank.com>
>> Date: May 17, 2022 at 12:14:05 PM EDT
>> To: reyesaviation@gmail.com
>> Subject: SBA 7a Loan Request: Reyes Aviation, Inc. FL
>
> Hello and good afternoon Eliasib,
>
> Thank you for your interest in the SBA 7a Loan Program and your inquiry for an SBA 7a loan for Reyes Aviation, Inc. If you are still interested and would like to move forward with the SBA 7a loan process, please feel free to reach out to me at any time via email or phone call so we can further discuss the business, need for SBA funding, and the loan process. I look forward to hearing from you and working with you!
>
> Best,
>
> Andrea
>
> Andrea Hall, Vice President | SBA, BDO Commercial Loan Officer
>
> 5300 DTC Parkway | STE 310 | Greenwood Village, CO 80111
>
> ahall@mwregionalbank.com | C: 720.788.4123





> Find me on LinkedIn at www.linkedin.com/in/andrea-m-hall-sba-dbo-mwrbank7207884123

RENDON_PTD--20220518 105202

NOTICE: This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected confidential and/or privileged information. If you are not the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately advise the sender by reply email and delete all copies.

GSW-000014808

RENDON_PTD--20220518 105202-002