# BRAMAN MOTORS/CADILLAC
## Employee Lease Request

**Employee:** Daniela Rendon P.A

**Name:** Eliasib Reyes   **Position:** BMW Sales

**Department:** BMW   **Date of Hire:** 9/3/13

**Vehicle Request:**
Year: 2021   Make: BENTLEY   Model: BENTAYGA

**Comments:** _____

5/21/22
Date

_Employee Signature_

**Approvals:**

5/21/2021
Date

_Supervisor's Signature_

5/21/2021
Date

_Sales Manager's Signature_

**Request is:** ☐ Declined   ☐ Approved

5/21/2021
Date

_General Manager's Signature_

**Delivery Information:**

Vehicle: 2021 Bentley Bentayga   Stock No.: RC.036099   Date Delivered: 5/21/2021

5/21/2021
Date

_Finance Manager's Signature_

GOVERNMENT EXHIBIT
CASE NO. 23-CR-20036-KMM
EXHIBIT NO. PTD07

RENDON_PTD--BMC DEAL 3287287



INFORMATION NOTICE #21-04
PUBLICATION DATE 04/06/2021

**BENTLEY**

FINANCIAL SERVICES

# BENTLEY FINANCIAL SERVICES
## "20/21MY Bentayga Hybrid" Tax Credit Reimbursement Claim Form

Please complete an individual claim form for each lease agreement eligible under the program.

| | |
|---|---|
| Retailer Name: BRAYAN BENTLEY MIAMI | Retailer #: BENT3071 |
| Customer Name: DANIELA RENDON, P.A. | Lease Agreement Date: |
| VIN: SJAAJ2ZV1HC036099 | New 20/21MY Bentayga Hybrid Model |
| Tax credit amount reimbursed to customer: | $7,500.00 |

The reimbursement amount of $7,500.00 must be disclosed on the Bentley Financial Services Lease Agreement as a Capitalized Cost Reduction (section 7.A.1 and 8.B) with a corresponding amount disclosed as a Rebate and Noncash Credit (section 7.B.2).

By executing and submitting this claim form, the customer acknowledges that they have received the full benefit of the tax credit reimbursement as detailed above and disclosed in the Bentley Financial Services Lease Agreement. **The Retailer hereby attests that the vehicle identified above has not been previously titled nor has the New Qualified Plug-In Electric Drive Motor Vehicle Credit been previously claimed on this vehicle.** The Retailer further acknowledges that BFS may verify the accuracy of all information contained herein and, in the event any statement made on this form or in connection with this program by the Retailer is determined to be false, BFS reserves the right to chargeback the value of the reimbursement to the Retailer.

_____          5/21/2021
Customer Signature                  Date

_____          5/21/2021    FINANCE COORDINATOR
Bentley Retailer Signature          Date         Title

### Please return to BFS in Funding Package

**FOR INTERNAL USE ONLY**

| | | | | | |
|---|---|---|---|---|---|
| Credit Calculation accurate on Lease Agreement: | Yes | No | Claim Form Complete: | Yes | No |
| Model Year/Model/Vehicle Eligibility Confirmed: | Yes | No | Retailer Disbursement to Sales: | Yes | No |
| New Acct #: | | | Date Acquired: | | |
| Eligible for Payment (Credit Services): | Yes | No | Verified (Sales) | Yes | No |

By (initial):_____   Approved (Sales):_____   By (initial):_____

©2021 BENTLEY FINANCIAL SERVICES | One Porsche Drive, Atlanta, GA 30354 | Tel: 888-239-5463          Page 2 of 2

RENDON_PTD--BMC DEAL 3287287-002

# BENTLEY
FINANCIAL SERVICES

## BUSINESS APPLICATION

| DEALER NAME | | DEALER NO | RETAIL | AMOUNT | LEASE |
|---|---|---|---|---|---|
| ☐ NEW ☐ USED | FINANCING | TERM IN MONTHS | MILEAGE PROGRAM | TOTAL SALES PRICE: (ALL INCLUSIVE) $ | :GROSS CAP |
| YEAR | ☐ CONVENTIONAL RETAIL TERM TO 84 MONTHS | ☐ 12 ☐ 60 | ☐ 15,000 / YR | CASH DOWN PYMT: $ | :CAP COST REDUCT (CASH PAYMENT) |
| MODEL | ☐ OPTIONS TERM TO 60 MONTHS | ☐ 24 ☐ 72 | ☐ / YR | NET TRADE: $ | :NET TRADE |
| MILES ON CAR | ☐ STANDARD LEASE TERM TO 60 MONTHS | ☐ 36 ☐ 84 | MONTHLY | AMOUNT FINANCED: $ | :ADJUSTED CAP |
| MSRP (NEW)/RETAIL BOOK (USED) | ☐ SINGLE PAY LEASE TERM TO 36 MONTHS | ☐ 48 ☐ | $ | TRADE: YEAR / MAKE / MODEL | |

### BUSINESS APPLICANT
Company Name: DANIELA RENDON P.A
Address: [redacted] MIAMI FL
Nature of Business: Real State
Time in Business: 5 yrs ___ mos
Time under Current Ownership: 5 yrs ___ mos
Type of Business: Real State
Corporation ☐ Proprietorship ☐
Partnership: General ☐ Limited ☐
Limited Liability Company ☑
Listed in Dun & Bradstreet? (Yes / No)
DUNS Number: 160000B9101

Officer/Title: DANIELA Rendon (P) — % of Ownership: 75
Officer/Title: Eliasib Reyes (VP) — % of Ownership: 25

Previous/Present Vehicle: ☑ Leased ☐ Financed
Status: ☐ Open ☐ Paid ☑ Trade

### GUARANTOR/CO-APPLICANT
NAME: Eliasib Reyes
Address: [redacted]
CITY, STATE, ZIP: MIAMI FL
HOW LONG? YRS/MOS: 1
☐ OWN ☑ RENT ☐ LIVE W/RELATIVE
DATE OF BIRTH: 07/03/1986
RENT / MORTGAGE PAYMENT: $1000
VALUE OF HOME: $

CURRENT EMPLOYER NAME: Braman Motors
ADDRESS: 2060 Biscayne Blvd
PHONE NUMBER: (305) 571-1200
HOW LONG? YRS/MOS: 8/1
POSITION: Sales
INCOME: 200,000 ☐ MONTHLY ☑ ANNUALLY

### BANK REFERENCES

### OPERATOR INFORMATION

X ____Signature____ 5/17/24    X _____ _____
SIGNATURE AND TITLE OF AUTHORIZED REPRESENTATIVE / DATE    SIGNATURE OF CO-APPLICANT/GUARANTOR / DATE

BFS 1039 (1/12)

RENDON_PTD--BMC DEAL 3287287-003