5:53



**DANIELARENDONN**
Posts

Follow

daniela rendonn
Above and Beyond



460 likes

**danielarendonn** Con Dios por delante marcaremos algo histórico 🎶

View all 62 comments

**melisajoyyfernandez** Uff Que lindo

April 25, 2022 · See translation

**danielarendonn**
Coopex, New Beat Order, Nito-On...



GOVERNMENT EXHIBIT
CASE NO. 23-CR-20036-KMM
EXHIBIT NO. PTD09

RENDON_PTD--IG_2022_04_25