

7:20    5G

< **DANIELARENDONN**    Follow
**Posts**

COME WITH ME TO PARADISE

Watch more reels

Watch again

      

**116 likes**

**danielarendonn** Ibiza 🍒 - you got me glowing... more

View all 2 comments

June 26, 2022

  

GOVERNMENT
EXHIBIT

CASE
NO.    23-CR-20036-KMM

EXHIBIT
NO.    PTD10