

RENDON_PTD--IG_2022_07_06

7:20 ..Ill 5G

< **DANIELARENDONN**
Posts                                    Follow



182 likes

**danielarendonn** 6 flights later, MIAMI time ⭐ Let's see for how long because I'm ready for the next vacation, where should I go?

Comment below your favorite get away destination. 🙏🏻 🙂

.
.
.
.

#ibiza #blessibiza #ibizastyle #ibizahotella #formenteralovers #love #lovesea #sea #sealovers #beach
#spain #summer #love #travel #ibiza2022 #beach #instagood
#eivissa #sea #photography
#sun
#picoftheday #holiday #fashion
#beautiful #happy #sunset #friends
#island #style #instagram
#music #vacation

View all 10 comments

July 6, 2022 • Made with **Effect**