## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| **Pay Frequency: Weekly** | | | | | | | | | | |
| **Employee: Gilda Sarmiento** | | | | TIN: xx-xxx0030 | | | | | | |
| 1099 Compensation | 0.00 | | 5,000.00 | | | | | 5,000.00 | | |
| | 0.00 | | 5,000.00 | | | | | | | |
| Check Date: 05/19/2021 / Check / Check No: 50024   $5,000.00 | | | | | | | | | | |
| **Employee: Miami ENT LLC** | | | | TIN: xx-xxx7671 | | | | | | |
| 1099 Compensation | 0.00 | | 38,650.00 | | | | | 38,650.00 | | |
| | 0.00 | | 38,650.00 | | | | | | | |
| Check Date: 04/05/2021 / Void Check / Check No: 50022   $34,400.00 | | | | | | | | | | |
| Check Date: 04/05/2021 / Check / Check No: 50022   $34,400.00 | | | | | | | | | | |
| Check Date: 04/05/2021 / Check / Check No: 50023   $34,400.00 | | | | | | | | | | |
| Check Date: 06/29/2021 / Check / Check No: 50029   $4,250.00 | | | | | | | | | | |
| **Employee: Pena, Mabel** | | | | SSN: xxx-xx-9772 | | | | | | |
| Regular | 0.00 | | 14,149.56 | FED FIT | 4,455.12 | | | 8,612.00 | FED SOCSEC-ER | 877.27 |
| | 0.00 | | 14,149.56 | FED SOCSEC | 877.27 | | | | FED MEDCARE-ER | 205.17 |
| | | | | FED MEDCARE | 205.17 | | | | FED FUTA | 42.00 |
| | | | | | | | | | FL SUI-ER | 189.00 |
| | | | | | 5,537.56 | | | | | 1,313.44 |
| Check Date: 06/15/2021 / Check / Check No: 50028   $8,612.00 | | | | | | | | | | |
| **Employee: Rendon Holdings** | | | | TIN: xx-xxx2418 | | | | | | |
| 1099 Compensation | 0.00 | | 10,000.00 | | | | | 10,000.00 | | |
| | 0.00 | | 10,000.00 | | | | | | | |
| Check Date: 05/19/2021 / Check / Check No: 50025   $10,000.00 | | | | | | | | | | |
| **Employee: Reyes, Elias** | | | | SSN: xxx-xx-8824 | | | | | | |
| 1099 Compensation | 0.00 | | 20,000.00 | | | | | 20,000.00 | | |
| | 0.00 | | 20,000.00 | | | | | | | |
| Check Date: 05/19/2021 / Check / Check No: 50026   $10,000.00 | | | | | | | | | | |
| Check Date: 06/29/2021 / Check / Check No: 50030   $10,000.00 | | | | | | | | | | |
| **Employee: Sandy Silvera Florals LLC** | | | | TIN: xx-xxx4315 | | | | | | |
| 1099 Compensation | 0.00 | | 300.00 | | | | | 300.00 | | |
| | 0.00 | | 300.00 | | | | | | | |
| Check Date: 05/19/2021 / Check / Check No: 50027   $300.00 | | | | | | | | | | |
| **Employee: Veronica Vallarino-Reyes PA** | | | | TIN: xx-xxx1791 | | | | | | |
| 1099 Compensation | 0.00 | | 400.00 | | | | | 400.00 | | |

Company: Daniela Rendon Pa  
Check dates from: 4/5/2021 - Payroll 1 to: 9/1/2021 - Payroll 1  
Pay Period from: 04/01/2021 to: 09/01/2021

1 of 2

Date Printed: 0  
260

**GOVERNMENT EXHIBIT**  
AO386-C  
CASE NO. 23-CR-20036-KMM  
EXHIBIT NO. PTD12

RENDON_PTD--KC KL9 - 2021 PAYROLL DETAIL

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| | 0.00 | | 400.00 | | | | | | | |
| Check Date: 09/01/2021 / Check / Check No: 50031   $400.00 | | | | | | | | | | |
| **Pay Frequency Totals: Weekly** | | | | | | | | | | |
| Regular | 0.00 | | $14,149.56 | FED FIT | $4,455.12 | | | $82,962.00 | FED SOCSEC-ER | $877.27 |
| 1099 Compensation | 0.00 | | $74,350.00 | FED SOCSEC | $877.27 | | | | FED MEDCARE-ER | $205.17 |
| | | | | FED MEDCARE | $205.17 | | | | FED FUTA | $42.00 |
| | 0.00 | | $88,499.56 | | | | | | FL SUI-ER | $189.00 |
| | | | | | $5,537.56 | | | | | $1,313.44 |
| **Total Employees - Weekly: 7** | | | | | | | | | | |
| **Company Totals:** | | | | | | | | | | |
| Regular | 0.00 | | $14,149.56 | FED FIT | $4,455.12 | | | $82,962.00 | FED SOCSEC-ER | $877.27 |
| 1099 Compensation | 0.00 | | $74,350.00 | FED SOCSEC | $877.27 | | | | FED MEDCARE-ER | $205.17 |
| | | | | FED MEDCARE | $205.17 | | | | FED FUTA | $42.00 |
| | 0.00 | | $88,499.56 | | | | | | FL SUI-ER | $189.00 |
| | | | | | $5,537.56 | | | | | $1,313.44 |
| **Total Employees - Company: 7** | | | | | | | | | | |

Company: Daniela Rendon Pa
Check dates from: 4/5/2021 - Payroll 1 to: 9/1/2021 - Payroll 1
Pay Period from: 04/01/2021 to: 09/01/2021

2 of 2

Date Printed: 08/11/2022 10:31
26045621 - KC/KL9

RENDON_PTD--KC KL9 - 2021 PAYROLL DETAIL-002