## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| **Pay Frequency: Weekly** | | | | | | | | | | |
| **Employee: MAYRA CASTELLON CALDERON** | | | | TIN: xx-xxx6222 | | | | | | |
| 1099 Compensation | 0.00 | | 2,400.00 | | | | | 2,400.00 | | |
| | 0.00 | | 2,400.00 | | | | | | | |
| Check Date: 01/07/2022 / Check / Check No: 50032  $800.00 | | | | | | | | | | |
| Check Date: 01/07/2022 / Check / Check No: 50033  $800.00 | | | | | | | | | | |
| Check Date: 01/28/2022 / Check / Check No: 50035  $800.00 | | | | | | | | | | |
| **Employee: Reyes Aviation Inc** | | | | TIN: xx-xxx9088 | | | | | | |
| 1099 reimbursement | 0.00 | | 2,500.00 | | | | | 2,500.00 | | |
| | 0.00 | | 2,500.00 | | | | | | | |
| Check Date: 01/18/2022 / Check / Check No: 50034  $2,500.00 | | | | | | | | | | |
| **Pay Frequency Totals: Weekly** | | | | | | | | | | |
| 1099 Compensation | 0.00 | | $2,400.00 | | | | | $4,900.00 | | |
| 1099 reimbursement | 0.00 | | $2,500.00 | | | | | | | |
| | 0.00 | | $4,900.00 | | | | | | | |
| **Total Employees - Weekly: 2** | | | | | | | | | | |
| **Company Totals:** | | | | | | | | | | |
| 1099 Compensation | 0.00 | | $2,400.00 | | | | | $4,900.00 | | |
| 1099 reimbursement | 0.00 | | $2,500.00 | | | | | | | |
| | 0.00 | | $4,900.00 | | | | | | | |
| **Total Employees - Company: 2** | | | | | | | | | | |

Company: Daniela Rendon Pa  
Check dates from: 1/7/2022 - Payroll 1 to: 1/28/2022 - Payroll 1  
Pay Period from: 01/01/2022 to: 01/18/2022  

1 of 1

Date Printed: 08/1  
260456

**GOVERNMENT EXHIBIT**  
AO386-C  
CASE NO. 23-CR-20036-KMM  
EXHIBIT NO. PTD13

RENDON_PTD--KC KL9 - 2022 PAYROLL DETAIL