```
CFN: 20220877408 BOOK 33472 PAGE 1952
DATE:11/18/2022  01:05:30 PM
MTG DOC 2,397.50
INTANGIBLE 1,370.00
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY
```

This Instrument Prepared By:
Scott Slezak
United Wholesale Mortgage, LLC
585 South Boulevard E
Pontiac, MI 48341 (800)981-8898

After Recording Return To:
UNITED WHOLESALE MORTGAGE, LLC
585 SOUTH BOULEVARD E
PONTIAC, MI 48341
ATTN: POST CLOSING MANAGER
Loan Number: 1222581394

**Return To:
Rapid Title Services Company
12000 Biscayne Blvd., Suite 700
Miami, Florida 33181**

———— [Space Above This Line For Recording Data] ————

# MORTGAGE

MIN: 100032412225813945                MERS Phone: 888-679-6377

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "**Security Instrument**" means this document, which is dated   November 2, 2022   , together with all Riders to this document.
(B) "**Borrower**" is   Eliasib  Reyes, A Single Man


Borrower is the mortgagor under this Security Instrument.
(C) "**MERS**" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the mortgagee under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(D) "**Lender**" is   United Wholesale Mortgage, LLC

Lender is a   LIMITED LIABILITY COMPANY                                                organized and existing under the laws of                    MICHIGAN                                    .
Lender's address is   585 South Boulevard E, Pontiac, Michigan 48341


(E) "**Note**" means the promissory note signed by Borrower and dated   November 2, 2022   .
The Note states that Borrower owes Lender   SIX HUNDRED EIGHTY-FIVE THOUSAND AND 00/100
        Dollars (U.S. $ 685,000.00         ) plus interest.

FLORIDA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3010  1/01                                         Page 1 of 15                                        588157807100





GOVERNMENT EXHIBIT
CASE NO. 23-CR-20036-KMM
EXHIBIT NO. PTD14

187-22P Reyes

RENDON_PTD--MTG MIAMI-DADE

Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

**24. Attorneys' Fees.** As used in this Security Instrument and the Note, attorneys' fees shall include those awarded by an appellate court and any attorneys' fees incurred in a bankruptcy proceeding.

**25. Jury Trial Waiver.** The Borrower hereby waives any right to a trial by jury in any action, proceeding, claim, or counterclaim, whether in contract or tort, at law or in equity, arising out of or in any way related to this Security Instrument or the Note.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

_____(Seal)
Eliasib Reyes                          -Borrower
3131 NE 1st Ave #802, Miami, FL 33137

FLORIDA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3010  1/01
Page 14 of 15

*DocMagic eForms*
58815780710000000-1222581394-ED



———————————————— [Space Below This Line For Acknowledgment] ————————————————

State of __FLORIDA__ )
)
County of __MIAMI-DADE__ )

The foregoing instrument was acknowledged before me by means of:

☑ Physical Presence,

- OR -

☐ Online Notarization,

this __2__ day of __November__, __2022__, by
    Date              Month                Year

Eliasib Reyes
_____
Name of Person Acknowledging

_____
Signature of Notary Public - State of Florida

_____
Name of Notary Typed, Printed or Stamped

(Place Notary Seal Stamp Above)

☑ Personally Known
☒ Produced Identification

Type of Identification Produced: __FDL__

Loan Originator: Thomas Andrew Rudden, NMLSR ID 1054812
Loan Originator Organization: International Finance Bank, NMLSR ID 419537
Loan Originator Organization: UNITED WHOLESALE MORTGAGE, LLC, NMLSR ID 3038

FLORIDA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3010  1/01

DocMagic eForms
58815780710000000-1222581394-ED

Page 15 of 15



RENDON_PTD--MTG MIAMI-DADE-015

# Exhibit A

Lot 3, Block 8, Corrected Plat of Columbia Park, according to the plat thereof as recorded in Plat Book 8, Page 114, Public Records of Miami-Dade County, Florida.

File Number: 187-22P

RENDON_PTD--MTG MIAMI-DADE-016



