**2021 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P16000089101

**Entity Name:** DANIELA RENDON, P.A.

**FILED**
Apr 17, 2021
Secretary of State
7454938696CC

**Current Principal Place of Business:**

1100 BICAYNE BLVD
 5502
MIAMI, FL 33132

**Current Mailing Address:**

1100 BICAYNE BLVD
 5502
MIAMI, FL 33132 US

**FEI Number:** 81-4362453

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

RENDON, DANIELA
1100 BICAYNE BLVD
 5502
MIAMI, FL 33132 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                        Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | RENDON, DANIELA |
| Address | 1100 BICAYNE BLVD  5502 |
| City-State-Zip: | MIAMI FL 33132 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIELA RENDON           PRESIDENT           04/17/2021

Electronic Signature of Signing Officer/Director Detail                                     Date



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 23-CR-20036-KMM
EXHIBIT NO. PTD15

RENDON_PTD--RENDON PA SUNBIZ 2021_04_17