Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

[Allowable Characters]

HOME

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 6836297 | Incorporation Date / Formation Date: | 4/5/2018 (mm/dd/yyyy) |
| Entity Name: | REYES AVIATION INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | P & P AVIATION, INC. |
| Address: | 1232 CHOPTANK RD |
| City: | MIDDLETOWN |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19709 |
| Phone: | 302-832-5594 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov



GOVERNMENT EXHIBIT
AO386-C
CASE NO. 23-CR-20036-KMM
EXHIBIT NO. PTD17

RENDON_PTD--REYES AVIATION_DE