State of Delaware
Secretary of State
Division of Corporations
Delivered 10:07 PM 04/05/2018
FILED 10:07 PM 04/05/2018
SR 20182478698 - File Number 6836297

# State of Delaware
# Certificate of Incorporation
# A Stock Corporation

**FIRST:** The name of the corporation is Reyes Aviation Inc.

**SECOND:** Its Registered Office in the State of Delaware is to be located at 1232 Choptank Road, in the City of Middletown, County of New Castle, Zip Code 19709. The registered Agent in charge thereof is P & P Aviation, Inc.

**THIRD:** The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

**FOURTH:** The amount of total authorized capital stock of this corporation is 1000 shares of NO PAR VALUE.

**FIFTH:** The name and mailing address of the incorporator are as follows:

Name: Eliasib Reyes

Mailing Address: ▮

▮ Miami FL   Zip Code: ▮

I, The Undersigned, for the purpose of forming a corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do hereby certify that the facts herein stated are true, and I have accordingly hereunto set my hand this 5 day of April, A.D. 2018.

signature

Eliasib Reyes
Incorporator



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 23-CR-20036-KMM
EXHIBIT NO. PTD18

GSW-000029413

RENDON_PTD--REYES AVIATION_STOCK_DE