## Daniela Rendon Travel History

| Name | | Dir | Conveyance | Status | Encounter Date | Destination |
|------|--|-----|------------|--------|----------------|-------------|
| RENDON, Daniela | | Inbound | *GA N7544R (MYBS > KTMB) | PAX | 12/7/2022 | |
| RENDON, Daniela | | Outbound | *GA N7544R (KTMB > MYBS) | PAX | 12/7/2022 | Bahamas |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | TP 215 (LIS > BOS) | OBD | 7/2/2022 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | TP 224 (MIA > LIS) | OBD | 6/23/2022 | Portugal |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | AA 1160 (SDQ > MIA) | OBD | 4/26/2022 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AA 1574 (MIA > SDQ) | OBD | 4/24/2022 | Dominican Republic |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AA 2727 (MIA > SDQ) | OBD | 12/5/2021 | Dominican Republic |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | AA 1707 (SDQ > MIA) | OBD | 9/26/2021 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AA 1707 (MIA > SDQ) | OBD | 9/24/2021 | Dominican Republic |
| RENDON, Daniela | | Inbound | UX 97 (MAD > MIA) | OBD | 7/8/2021 | |
| RENDON SARMIENTO, Daniela | | Inbound | UX 97 (MAD > MIA) | NBD | 7/8/2021 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AA 38 (MIA > LHR) | OBD | 7/1/2021 | United Kingdom |
| RENDON, Daniela I | | Inbound | *GA N7544R (MYBS > KTMB) | PAX | 5/31/2021 | |
| RENDON, Daniela | | Outbound | *GA N7544R (KTMB > MYBS) | PAX | 5/30/2021 | Bahamas |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | WMA 882 (ASD > FXE) | PAX | 4/21/2021 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | WMA 5263 (FXE > CCZ) | PAX | 4/21/2021 | Bahamas |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | AA 1481 (SDQ > MIA) | OBD | 10/26/2020 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AA 2184 (MIA > SDQ) | OBD | 10/23/2020 | Dominican Republic |
| RENDON, Daniela | | Outbound | AA 2184 (MIA > SDQ) | NBD | 10/23/2020 | |
| RENDON, Daniela I | | Inbound | YX 4566 (MID > MIA) | OBD | 2/22/2020 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | YX 4566 (MIA > MID) | OBD | 2/20/2020 | Mexico |
| RENDON, Daniela | | Inbound | AA 920 (CLO > MIA) | OBD | 11/19/2019 | |
| RENDON, Daniela | | Outbound | AA 921 (MIA > CLO) | OBD | 11/15/2019 | Colombia |
| RENDON, Daniela I | | Inbound | *GA N7544R (KTMB > MYBS) | MAN | 11/12/2019 | |
| RENDON, Daniela I | | Outbound | *GA N7544R (MYBS > KTMB) | PAX | 11/12/2019 | Bahamas |
| RENDON, Daniela | | Inbound | *GA N7544R (--- > OPF) | PAX | 11/12/2019 | |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | CM 490 (PTY > MIA) | OBD | 7/14/2019 | |
| RENDON, Daniela | | Inbound | VH 352 (MDE > MIA) | NBD | 7/13/2019 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | VH 301 (MIA > MDE) | OBD | 7/11/2019 | Colombia |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | AA 1498 (MEX > MIA) | OBD | 5/19/2019 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AA 505 (MIA > MEX) | OBD | 5/17/2019 | Mexico |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | *GA N7544R (MYBS > KTMB) | PAX | 5/13/2019 | |
| RENDON, Daniela I | | Outbound | *GA N7544R (KTMB > MYBS) | PAX | 5/12/2019 | Bahamas |
| RENDON, Daniela I | | Inbound | *GA N7544R (MYBS > KTMB) | PAX | 4/21/2019 | |
| RENDON, Daniela I | | Outbound | *GA N7544R (KTMB > MYBS) | PAX | 4/21/2019 | Bahamas |
| RENDON, Daniela | | Inbound | B6 848 (SDQ > FLL) | OBD | 4/1/2019 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AA 1072 (MIA > SDQ) | OBD | 3/29/2019 | Dominican Republic |
| RENDON, Daniela | | Outbound | B6 849 (FLL > SDQ) | NBD | 3/29/2019 | |
| RENDON, Daniela | | Inbound | AA 1144 (CTG > MIA) | OBD | 11/18/2018 | |
| RENDON, Daniela | | Outbound | AA 1145 (MIA > CTG) | OBD | 11/16/2018 | Colombia |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | AA 1536 (CUN > MIA) | OBD | 8/6/2018 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AA 1157 (MIA > CUN) | OBD | 8/2/2018 | Mexico |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | AV 38 (CLO > MIA) | OBD | 5/18/2018 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AV 7 (MIA > BOG) | OBD | 5/14/2018 | Colombia |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | AV 4 (BOG > MIA) | OBD | 5/9/2018 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AV 963 (MIA > LIM) | OBD | 5/5/2018 | Peru |
| RENDON SARMIENTO, Daniela Isabel | | Inbound | AA 1481 (SDQ > MIA) | OBD | 4/2/2018 | |
| RENDON SARMIENTO, Daniela Isabel | | Outbound | AA 987 (MIA > SDQ) | OBD | 3/29/2018 | Dominican Republic |
| NTO, Daniela Isabel | | Inbound | AA 987 (SDQ > MIA) | OBD | 7/17/2017 | |
| NTO, Daniela Isabel | | Outbound | AA 987 (MIA > SDQ) | REQ | 7/13/2017 | Dominican Republic |
| NTO, Daniela Isabel | | Inbound | AA 1481 (SDQ > MIA) | OBD | 12/18/2016 | |
| NTO, Daniela Isabel | | Outbound | AA 1337 (MIA > SDQ) | REQ | 12/16/2016 | Dominican Republic |

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-CR-20036-KMM

EXHIBIT NO. PTD19

### Daniela Rendon Travel History

| Name | DOB | Document | Dir | Conveyance | Status | Encounter Date | Destination |
|---|---|---|---|---|---|---|---|
| RENDON, Daniela I | | | Inbound | AA 916 (BOG > MIA) | OBD | 6/19/2016 | |
| RENDON SARMIENTO, Daniela Isabel | | | Outbound | AA 915 (MIA > BOG) | REQ | 6/15/2016 | Colombia |
| RENDON, Daniela | | | Outbound | AA 915 (MIA > BOG) | REQ | 6/13/2016 | Colombia |
| RENDON SARMIENTO, Daniela Isabel | | | Inbound | AA 1481 (SDQ > MIA) | OBD | 6/10/2016 | |
| RENDON, Daniela Isabel | | | Outbound | B6 129 (BOS > SDQ) | REQ | 6/7/2016 | Colombia |
| RENDON SARMIENTO, Daniela Isabel | | | Inbound | AA 2246 (MEX > MIA) | OBD | 2/28/2016 | |
| RENDON SARMIENTO, Daniela Isabel | | | Outbound | AA 2416 (MIA > MEX) | REQ | 2/25/2016 | Mexico |
| RENDON SARMIENTO, Daniela Isabel | | | Inbound | CM 430 (PTY > MIA) | OBD | 1/16/2016 | |
| RENDON SARMIENTO, Daniela Isabel | | | Outbound | CM 173 (MIA > PTY) | REQ | 1/4/2016 | Panama |
| RENDON SARMIENTO, Daniela Isabel | | | Inbound | JJ 8076 (MAO > MIA) | OBD | 8/22/2015 | |
| RENDON SARMIENTO, Daniela Isabel | | | Outbound | AA 229 (MIA > SSA) | REQ | 7/27/2015 | Brazil |
| RENDON, Daniela I | | | Inbound | NK 142 (SDQ > FLL) | REQ | 4/13/2015 | |
| RENDON, Daniela Isabel | | | Outbound | NK 145 (FLL > SDQ) | REQ | 4/11/2015 | Dominican Republic |
| RENDON, Daniela | | | Inbound | VES 9410569 (UNK > MIA) | PAX | 2/15/2015 | |
| RENDON, Daniela | | | Outbound | VES 9410569 (AV04 > 8133) | PAX | 2/8/2015 | XXX |
| RENDON, Daniela | | | Inbound | VES 9198939 (8015 > 5201) | PAX | 9/28/2014 | |
| RENDON, Daniela | | | Outbound | VES 9198939 (AV04 > 8015) | PAX | 9/28/2014 | XXX |
| RENDON SARMIENTO, Daniela Isabel | | | Inbound | NK 142 (SDQ > FLL) | OBD | 6/15/2014 | |
| RENDON, Daniela Isabel | | | Outbound | NK 145 (FLL > SDQ) | REQ | 6/13/2014 | Dominican Republic |
| RENDON, Daniela I | | | Inbound | NK 236 (MDE > FLL) | MAN | 11/21/2011 | |
| RENDON, Daniela I | | | Inbound | NK 236 (MDE > FLL) | OBD | 2/22/2010 | |
| RENDON SARMIENTO, Daniela Isabel | | | Inbound | AA 920 (CLO > MIA) | PAX | 1/30/2008 | |
| RENDON, Daniela Isabel | | | Outbound | AA 921 (MIA > CLO) | PAX | 1/20/2008 | Colombia |
| RENDON SARMIENTO, Daniela Isabel | | | Inbound | IB 6123 (MAD > MIA) | PAX | 7/24/2006 | |
| RENDON, Daniela | | | Outbound | IB 6122 (MIA > MAD) | PAX | 6/20/2006 | Spain |
| RENDON SARMIENTO, Daniela Isabel | | | Inbound | AA 920 (CLO > MIA) | PAX | 6/11/2006 | |
| RENDON SARMIENTO, Daniela Isabel | | | Outbound | AA 921 (MIA > CLO) | PAX | 5/14/2006 | Colombia |
| RENDON SARMIENTO, Daniela Isabel | | | Inbound | US 11 (MAD > PHL) | PAX | 12/24/2005 | |