## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |

**Pay Frequency: Weekly**

**Employee: ALVAREZ GONZALEZ, AYANDRA**    SSN: xxx-xx-3385

| 1099 Compensation | 0.00 | | 1,400.00 | | | | | 1,400.00 | | |
| | | 0.00 | 1,400.00 | | | | | | | |

Check Date: 10/30/2020 / Check / Check No: 50019   $1,400.00

**Employee: Evans, Destiny**    SSN: xxx-xx-6411

| 1099 Compensation | 0.00 | | 5,000.00 | | | | | 5,000.00 | | |
| | | 0.00 | 5,000.00 | | | | | | | |

Check Date: 08/28/2020 / Check / Check No: 50001   $2,500.00
Check Date: 09/15/2020 / Check / Check No: 50009   $2,500.00

**Employee: Gaviria, Athina**    SSN: xxx-xx-3777

| 1099 Compensation | 0.00 | | 7,000.00 | | | | | 7,000.00 | | |
| | | 0.00 | 7,000.00 | | | | | | | |

Check Date: 08/28/2020 / Check / Check No: 50002   $3,500.00
Check Date: 09/15/2020 / Check / Check No: 50010   $3,500.00

**Employee: Medina Painting Enterprises LLC**    TIN: xx-xxx5045

| 1099 Compensation | 0.00 | | 1,200.00 | | | | | 1,200.00 | | |
| | | 0.00 | 1,200.00 | | | | | | | |

Check Date: 10/23/2020 / Check / Check No: 50016   $1,200.00

**Employee: Miami ENT LLC**    TIN: xx-xxx7671

| 1099 Compensation | 0.00 | | 39,768.00 | | | | | 39,768.00 | | |
| | | 0.00 | 39,768.00 | | | | | | | |

Check Date: 08/28/2020 / Check / Check No: 50003   $39,768.00

**Employee: OREJAS GROUP LLC**    TIN: xx-xxx3973

| 1099 Compensation | 0.00 | | 8,612.00 | | | | | 8,612.00 | | |
| | | 0.00 | 8,612.00 | | | | | | | |

Check Date: 10/30/2020 / Check / Check No: 50020   $8,612.00

**Employee: Rena, Mabel**    SSN: xxx-xx-9772

| 1099 Compensation | 0.00 | | 5,000.00 | | | | | 5,000.00 | | |
| | | 0.00 | 5,000.00 | | | | | | | |

Check Date: 08/28/2020 / Check / Check No: 50004   $2,500.00
Check Date: 09/15/2020 / Check / Check No: 50011   $2,500.00

Company: Daniela Rendon Pa
Check dates from: 8/28/2020 - Payroll 1 to: 10/30/2020 - Payroll 1
Pay Period from: 08/21/2020 to: 10/29/2020

1 of 2

Date

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 23-CR-20036-KMM
EXHIBIT NO. PTD20

_PTD--KC KL9 - 2020 PAYROLL DETAIL

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| **Employee: Rendon Holdings** | | | | TIN: xx-xxx2418 | | | | | | |
| 1099 Compensation | 0.00 | | 13,500.00 | | | | | 13,500.00 | | |
| | 0.00 | | 13,500.00 | | | | | | | |
| Check Date: 08/28/2020 / Check / Check No: 50005   $4,500.00 | | | | | | | | | | |
| Check Date: 09/15/2020 / Check / Check No: 50012   $4,500.00 | | | | | | | | | | |
| Check Date: 10/23/2020 / Check / Check No: 50017   $4,500.00 | | | | | | | | | | |
| **Employee: Rendon, Daniela** | | | | SSN: xxx-xx-9195 | | | | | | |
| 1099 Compensation | 0.00 | | 9,000.00 | | | | | 9,000.00 | | |
| | 0.00 | | 9,000.00 | | | | | | | |
| Check Date: 08/28/2020 / Check / Check No: 50006   $4,500.00 | | | | | | | | | | |
| Check Date: 09/15/2020 / Check / Check No: 50013   $4,500.00 | | | | | | | | | | |
| **Employee: Reyes, Elias** | | | | SSN: xxx-xx-8824 | | | | | | |
| 1099 Compensation | 0.00 | | 30,000.00 | | | | | 30,000.00 | | |
| | 0.00 | | 30,000.00 | | | | | | | |
| Check Date: 08/28/2020 / Check / Check No: 50007   $5,000.00 | | | | | | | | | | |
| Check Date: 09/15/2020 / Check / Check No: 50014   $5,000.00 | | | | | | | | | | |
| Check Date: 10/23/2020 / Check / Check No: 50018   $10,000.00 | | | | | | | | | | |
| Check Date: 10/30/2020 / Check / Check No: 50021   $10,000.00 | | | | | | | | | | |
| **Employee: Veronica Vallarino-Reyes PA** | | | | TIN: xx-xxx1791 | | | | | | |
| 1099 Compensation | 0.00 | | 1,000.00 | | | | | 1,000.00 | | |
| | 0.00 | | 1,000.00 | | | | | | | |
| Check Date: 08/28/2020 / Check / Check No: 50008   $500.00 | | | | | | | | | | |
| Check Date: 09/15/2020 / Check / Check No: 50015   $500.00 | | | | | | | | | | |
| **Pay Frequency Totals: Weekly** | | | | | | | | | | |
| 1099 Compensation | 0.00 | | $121,480.00 | | | | | $121,480.00 | | |
| | 0.00 | | $121,480.00 | | | | | | | |
| **Total Employees - Weekly: 11** | | | | | | | | | | |
| **Company Totals:** | | | | | | | | | | |
| 1099 Compensation | 0.00 | | $121,480.00 | | | | | $121,480.00 | | |
| | 0.00 | | $121,480.00 | | | | | | | |
| **Total Employees - Company: 11** | | | | | | | | | | |

Company: Daniela Rendon Pa  
Check dates from: 8/28/2020 - Payroll 1 to: 10/30/2020 - Payroll 1  
Pay Period from: 08/21/2020 to: 10/29/2020

2 of 2

Date Printed: 08/11/2022 10:31  
26045621 - KC/KL9

_PTD--KC KL9 - 2020 PAYROLL DETAIL-002