# Taxes for fiancé

| | |
|---|---|
| From: | Daniela Rendon <daniela@danielarendon.com> |
| To: | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ |
| Date: | Tue, 05 Feb 2019 21:18:01 -0500 |

Let me know if you can do his
He gets w2 a low 1099
He has a Corp in Delaware and wants to write off airplane and it's expenses
Pilot student
Loan officer advise to at least report $90,000

Let me
Know

Thank you



**Daniela Rendon**
In House Sales Executive
The Estates at Acqualina
17895 Collins Ave, Sunny Isles Beach, FL 33160
(786) 899-7656 - (305) 933-6666
daniela@estatesatacqualina.com www.estatesatacqualina.com
www.DanielaRendon.com

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20036
EXHIBIT NO. PTD21

GSW-000113161