# AMENDED EXHIBIT 3

Honorable Judge Kevin Michael Moore

Subject: Character Testimony for Daniela Rendon

Dear Honorable Judge Moore,

I, Paula Rendon, the older sister of Daniela Rendon, write this letter to provide insights into Daniela's exceptional character as a sister, wife, aunt, and mother.

During my time in the United States, Daniela offered unwavering support as a sister. She stood by my side unconditionally until the day I returned to Colombia. Even from a distance, while I was in Colombia, she continued to be a pillar of strength during a challenging period of my life.

As a wife, Daniela is devoted to her home, her husband, and her children. With God as her guiding light, she has built a beautiful household based on respect, love, and reverence. Moreover, Daniela instills in her children the values of respect and kindness, ensuring they grow into respectful individuals.

Daniela always strives to provide the best for her children, including their education in top-tier schools, fostering their growth, and nurturing their aspirations. She cherishes her friendships, offering unwavering support and always seeking the best for others. She harbors no ill will toward anyone and encourages those around her to grow and thrive in their future endeavors.

In her professional life, Daniela is driven by short and long-term goals. She works tirelessly to achieve her objectives and has accomplished a great deal for her age. She is constantly striving for self-improvement and growth in her career. Her passion for her work shines through, and she surrounds herself with like-minded individuals who admire her for the remarkable qualities she possesses as a person and a human being.

While Daniela may have made mistakes against her nation, she is by no means a danger to humanity. Her heart is filled with love, respect, and understanding for others, rather than hatred or resentment. I kindly request, Your Honor, that you consider the possibility of granting her a second chance. Allow her the opportunity to demonstrate that while she stumbled along her path and erred against her country, she has far more positive attributes to offer. Incarceration should not deprive her of her freedom, as she is a mother who needs to be by the side of her young children and continue the divine task bestowed upon her of nurturing and raising them. She must continue her role as a wife and the backbone of her household, as her children and family rely on her presence.

Thank you for your attention and consideration of this character testimony for Daniela Rendon. I trust that you will take into account the positive aspects of her character and the potential she holds for contributing to society in a meaningful way. Should you require any further information or clarification, please do not hesitate to contact me. I am at your service.

Respectfully yours,

Paula A. Rendon

Honorable Mr. Judge Michael Moore

I, Jose Luis Rendon, am writing to you regarding the case of Daniela Rendon, of whom I am a proud father of the woman she is.

As her father I can attest that my daughter Daniela since she arrived to United States in 2014 has been an honest and hardworking person in different areas, standing out for the values that have been instilled in her home, even, she has never been involved in any kind of problem, on the contrary, she has stood out for being an excellent person and mediator of conflicts always looking for the best environment in all areas that she performs as a person.

As a mother she is exceptional, her priority is her children and family. In my case, as her father, I will always want the best for her and for my grandchildren, and I know that the best thing is for her to be present in their growth to give them love and teach them as she has always done.

Your Honor, as Daniela's father, I ask you with my hand on my heart and with the respect you deserve, to please consider the decision you are going to make about my daughter, since she does not represent a danger to society, on the contrary, she is a symbol of love and loyalty for those of us who surround her as her family.

Thank you for taking the time to read my words.

*[signature]*

Cordially Jose Luis Rendon

Honorable Judge Michael Moore

I, Maruquel Hernandez, am writing this letter with the purpose of recommending my stepdaughter Daniela Rendon, since I have had the opportunity to get to know her and above all to see her develop as a person.

Daniela has been characterized for being an excellent mother, daughter, sister, but above all a person, I know that she has been instilled with infinite values which make her an integral, loving, and responsible person.

As a stepmother, I know that Daniela does not represent a danger to society and I know that her children need her, because she is their pillar, but above all they are the priority in her life; I say this because I have seen her work hard for their safety and wellfare.

With all the respect that you deserve, Mr. Judge, I ask you with great enthusiasm, that now making your decision, you will have much consideration.

Thank you very much for taking the time to read my words.

*[signature: Maruquel Hernandez]*

Coordially Maruquel Hernandez

May 26th, 2023

Lady-Patricia Reyes

27Thistle Street

Lynn, MA 01905

Lpatricia2002@hotmail.com

617697-0141

Re: Character Reference for Daniela Rendon

To: The Presiding Judge:

I have known Ms. Daniela Rendon oven 10 years. She's my sister-in-law and a wonderful mother to my niece and nephew.  I was surprised to hear about her case as she has always been a solid person with an impeccable work ethic, professionalism, and an exceptional mother.

As a mother, she places a high value on her kids' health and happiness. She is actively involved in ensuring that her kids have a decent education and are interested in extracurricular activities. She places a strong emphasis on family and instills these values in the kids. She (the family as a whole) spent every Thanksgiving with us up until last year.  Also, my niece and nephew spent 3 weeks with me (us) last summer and attended a summer camp (in Massachusetts), they were able to engage with other kids and learn other cultures.

That speaks a lot about her parenting style and the wonderful influence she's having on the lives of her children, who will be our future generation.  It's my sincere hope the court takes this letter into consideration at the time of the sentencing. Despite the current case, I still believe Daniela Rendon to be a valued and wonderful person, and someone who cannot be replaced in the lives of her children.

Sincerely,

*Lady-Patricia Reyes*

Lady-Patricia Reyes

Honorable Judge Michael Moore

I, Liza Iglesias, write this letter allowing me to recommend Daniela Rendon, of whom I have the joy of being step-sister, having always had a close and trusting relationship for more than 15 years.

I am a witness of the family environment in which she has grown up and of the values that our parents and family have instilled in us; such as love, effort, perseverance and respect, among many others.

Throughout her life Daniela Rendon has stood out for being a great sister, daughter, mother, friend and above all person. Because of this, I know that she is surrounded by people who esteem, value and love her.

For all the above mentioned, I know that Daniela does not represent a danger to society, since her main priority has always been to work and be present in the lives of her children and family, dedicating herself to work hard to give them the best.

I ask you with much respect but also with much hope that you will consider the decision you will make in the case of my sister Daniela Rendon, thank you very much.

Coordially Liza Iglesias

Veronica Vallarino-Reyes

3199 S Ocean Drive #102

Hallandale Beach, FL 33009

veronica@veronicavallarino.com

(786) 859-8418

May 19, 2023

Re: Character Reference for Daniela Rendon

Dear Honorable Judge,

I am writing this character reference letter to vouch for Daniela Rendon's character in relation to the pending court case. Having known Daniela for seven years, both personally and professionally, I can attest to her qualities as a responsible individual, a dedicated worker, and an exceptional mother.

During our time working together at Fendi Chateau, among other real estate endeavors, I witnessed Daniela's exemplary work ethic, attention to detail, and ability to handle pressure with grace. Her professionalism earned her respect from colleagues and superiors alike.

As a mother, she demonstrates unwavering dedication to her children. I have seen her consistently prioritize their well-being, providing them with a nurturing and supportive environment. Her decision-making skills and involvement in their education and extracurricular activities are commendable.

Daniela Rendon is a person of impeccable character, integrity, and a loving parent. I kindly request the court to consider this letter in Daniela Rendon's case.

Thank you for your time and consideration.

Sincerely,

*Veronica Vallarino-Reyes*

Veronica Vallarino-Reyes

HONORABLE KEVIN MICHAEL MOORE

Judge K. Michael Moore
Wilkie D. Ferguson, Jr.  United States Court House
400 N. Miami Ave.  Room 13-1
Miami, FL 33128

May 12, 20213

Honorable Judge Moore;

We have known Daniela Rendon for at least 10 years, in a personal and professional capacity.

Professionally, she worked for our company, Plan B International Realty as a Real Estate Agent. It was her first job as a realtor. She was an exemplary agent, dedicated to her tasks, and always with a caring attitude towards her clients and our company. She was always able to perform to our high standards. Daniela was working very hard in the company and we remember that at the same time she was also selling viamins and clothes. Once she mentioned that she was working so hard to make a decent leaving for her daughter.

On a personal basis, she is and was a very sweet person. Very loyal and true to our friendship. God was always present on her conversations. Daniela is a giving person. Whenever she had the opportunity she would share her real estate knowlege or go out of her way to help others. No one is exempt from making mistakes in our lives. That is when our background and family upbringing matter.

My wife and I will always admire and respect Daniela our former employee, and as our friend we will always love her.

Sincerely,

Rosiris Arriaga.
139 NE 96 ST
Miami Shores, FL 33138

Ysilio Arriaga
139 NE 96 ST
Miami, FL 33138

To whom it may concern,

I'm writing on behalf of Daniela Rendon. I have known Daniela Rendon as a good person and a great mother for over eight years. I was very surprised and saddened to hear about her recent case as she has always been a rather solid person. It is for this reason that I am happy to write a character reference letter for the court. I understand the seriousness of this matter; however, I hope the court will show some leniency.

I can confirm that in the time I have known her, Daniela has been a reliable, trustworthy and decent person. Daniela always had a great reputation in the real estate business, she is very dedicated to her kids, and committed to church.

Sincerely,

Mabel Pena



**A National Non-profit Organization**
2475 Glades Circle Weston, FL 33327
Tel: 954-217-0712
www.idmji.org

July 5, 2023

United States District Court - Southern District of Florida
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, Florida 33128

      Re: Case No. 23-CR-20036-MOORE, *United States of America vs. Daniela Rendon.*

To Whom It May Concern:

Ms. Daniela Rendon has been a congregant at the Hialeah Gardens location of Iglesia de Dios Minsterial de Jesucristo Internacional, Inc. (the "Church") for approximately the last ten years. Ms. Rendon was baptized at the Church in 2015.

Sincerely,

Pastor Alvaro Herrera